**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 21-CR-**94-PB-01 |
| | ) | |
| **SCOTT ROY** | ) | |
| | ) | |

**INDICTMENT**

**The Grand Jury charges:**

**COUNT ONE**

**26 U.S.C. §§ 5861(d)**
**Possession of Unregistered Firearm**

On or about June 29, 2020, in the District of New Hampshire, the defendant,

**SCOTT ROY**,

knowingly received and possessed a firearm, that is, a Savage, model 30H, 12 gauge firearm, no serial number, having a barrel of less than 18 inches and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841 and 5861(d).

A TRUE BILL

Dated: June 1, 2021

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JOHN J. FARLEY
Acting United States Attorney
District of New Hampshire

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney