AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
JUN - 2 2021
US MARSHALS SERVICE

United States of America
v.
Scott Roy
*Defendant*

Case No. 21-cr-94-PB-01

FILED - USDC -NH
2021 JUN 14 PM4:56

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: Video |
| | Date and Time: 06/17/2021 12:00 pm |

This offense is briefly described as follows:

26 U.S.C. § 5861(d) - Possession of Unregistered Firearm

Date: 06/02/2021

*Issuing officer's signature*

Megan Cahill, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 6/14/21

*Server's signature*

William Tubbs DUSM
*Printed name and title*